**Dismiss and Opinion Filed May 23, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00173-CV

### IN THE INTEREST OF R.B.P.M., CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-23225**

## MEMORANDUM OPINION
Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Goldstein

This appeal challenges the trial court's order holding appellant in contempt for failure to pay child support. Because a contempt order is reviewable by petition for writ of mandamus or habeas corpus rather than direct appeal, we questioned our jurisdiction over this appeal and directed appellant to file a letter brief addressing our concern. *See In re Martin*, 523 S.W.3d 165, 169 (Tex. App.—Dallas 2017, orig. proceeding).

Although appellant filed a brief, he fails to show how we have appellate jurisdiction over the contempt order. Accordingly, we dismiss the appeal and all pending motions. *See id.*; *see also* TEX. R. APP. P. 42.3(a).

/Bonnie Lee Goldstein//
BONNIE LEE GOLDSTEIN
JUSTICE

230173f.p05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF R.B.P.M.,
CHILD

No. 05-23-00173-CV

On Appeal from the 303rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-19-23225.
Opinion delivered by Justice Goldstein,
Justices Nowell and Breedlove
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 23rd day of May 2023.